# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| BIRMINGHAM PLUMBERS AND ) <br> STEAMFITTERS LOCAL UNION NO. 91 ) <br> HEALTH AND WELFARE TRUST ) <br> FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BLUE CROSS BLUE SHIELD OF ) <br> ALABAMA, <br> <br> Defendant. | Case Number: 2:17-cv-00443-JHE |

## DISMISSAL ORDER[1]

In accordance with the memorandum opinion entered contemporaneously herewith, the complaint fails to state a claim upon which relief can be granted.  Accordingly, Defendant Blue Cross Blue Shield of Alabama's motion to dismiss, (doc. 8), is **GRANTED**.  This action is **DISMISSED**.

The parties shall bear their own respective costs.

DONE this 8th day of March, 2018.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE

---

[1] In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the parties have voluntarily consented to have a United States Magistrate Judge conduct any and all proceedings, including trial and the entry of final judgment.  (Doc. 17).