IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(Southern Division)

| | |
|---|---|
| Birmingham Plumbers and Steamfitters Local Union No. 91 Health and Welfare Trust Fund, ) ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No: **2:17-cv-00443-JHE** |
| Blue Cross, Blue Shield of Alabama, ) ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Birmingham Plumbers and Steamfitters Local Union No. 91 Health and Welfare Trust Fund, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from an Order denying Plaintiff's Motion to Alter or Amend Judgment entered on February 14, 2019 (Memorandum Opinion Denying Motion, Doc. 32, Motion to Alter or Amend Judgment, Doc. 28).

Date: March 14, 2019

/s/Glen M. Connor
Glen Connor
Richard P. Rouco
*Counsel for the Plaintiffs*

OF COUNSEL:
Quinn, Connor, Weaver
Davies & Rouco, LLP
2 – 20th Street North, Suite 930
Birmingham, AL  35203
(205) 870-9989
gconnor@qcwdr.com
rrouco@qcwdr.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 14, 2019, I filed a true and correct copy of the foregoing via the Court's CM/ECF system, which will notify and serve the following:

Jason B. Tompkins
jtomkins@balch.com
Elizabeth J Flachsbart
eflachsbart@balch.com
BALCH & BINGHAM LLP
P.O. Box 306
Birmingham, AL  35201-0306

                                        /s/ Glen M. Connor