FILED
2019 Aug-27  AM 11:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 19-10958-HH

_____

BIRMINGHAM PLUMBERS AND STEAMFITTERS LOCAL
UNION NO 91 HEALTH AND WELFARE TRUST FUND,

                Plaintiff - Appellant,

versus

BLUE CROSS BLUE SHIELD OF ALABAMA,

                Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

ENTRY OF DISMISSAL: Pursuant to Appellant Birmingham Plumbers and Steamfitters Local Union No 91 Health and Welfare Trust Fund and Appellee Blue Cross and Blue Shield of Alabama's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective August 27, 2019.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Christopher Bergquist, HH, Deputy Clerk

                FOR THE COURT - BY DIRECTION